## STARK v. STATE.
### No. 25905.

Court of Criminal Appeals of Texas.
June 18, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of robbery by assault, with a penalty of 20 years in the Penitentiary.

The record brought forward contains no statement of facts or bills of exception. The proceedings all appear regular and nothing is presented for review by this court.

The judgment is affirmed.